IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM ORANSKY,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **RITE AID, INC.,**<br>　　　　**Defendant.** | **NO.  14-896** |

# O R D E R

**AND NOW**, this 19th day of February, 2015, upon consideration of Defendant's Motion for Summary Judgment, and the responses thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**